**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: : | |
| : | Chapter 11 |
| BEARINGPOINT, INC. et al., : | |
| : | Case No. 09-10691 (REG) |
| Debtors. : | (Jointly Administered) |
| : | |
| JOHN DeGROOTE SERVICES, LLC, : | |
| Plaintiff, : | |
| : | Adv. Proc. No. 10-03271 |
| vs. : | |
| : | |
| iGATE MASTECH, INC., : | |
| Defendant. : | |

**STIPULATION AND AGREED ORDER FOR EXTENSION OF TIME
TO FILE AN ANSWER OR OTHER RESPONSIVE PLEADING**

iGate Mastech, Inc. ("Mastech") and John DeGroote Services, LLC (the "Plaintiff" and, together with Mastech, the "Parties"), respectfully submit this stipulation and agreed order (the "Proposed Stipulation and Order").

**RECITALS**

WHEREAS, on May 28, 2010, the Plaintiff, in its capacity as Liquidating Trustee of the BearingPoint, Inc. Liquidating Trust, filed the *Complaint to Avoid and Recover Preferential Transfers Pursuant to 11 U.S.C. §§ 547 and 550* (as amended, the "Complaint") against Mastech;

WHEREAS, a summons for the Complaint was issued on June 3, 2010;

WHEREAS, on June 15, 2010, counsel to Mastech accepted service of the Complaint and summons on behalf of Mastech;

WHEREAS, Mastech's current deadline for filing an answer or other responsive pleading to the Complaint is July 6, 2010;

WHEREAS, Mastech seeks additional time to investigate and properly respond to the allegations in the Complaint;

WHEREAS the Parties have agreed to extend Mastech's deadline to file an answer or other responsive pleading or motion in this case through and including July 30, 2010.

## STIPULATION AND ORDER

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties that Mastech's deadline to file an answer or other responsive pleading or motion to the Complaint in this adversary proceeding is extended through and including July 30, 2010. The pretrial conference scheduled by the Court on August 4, 2010 at 9:30 a.m. will proceed as scheduled.

**AGREED TO AND ACCEPTED BY:**

| REED SMITH LLP | MCKOOL SMITH P.C. |
|---|---|
| */s/ Debra Turetsky* | */s/ Basil A. Umari* |
| Debra Turetsky, Esq. | Peter S. Goodman, Esq. |
| 599 Lexington Avenue, 22nd Floor | One Bryant Park, 47th Floor |
| New York, NY 10022 | New York, New York 10036 |
| Telephone: (212) 521-5400 | Telephone: (212) 402-9200 |
| Facsimile: (212) 521-5450 | Facsimile: (202) 402-9444 |
| -and- | -and- |
| Gregory L. Taddonio, Esq. | Basil A. Umari (*pro hac vice*) |
| Luke A. Sizemore, Esq. | Nicholas Zugaro (*pro hac vice*) |
| 225 Fifth Avenue, Suite 1200 | 600 Travis Street, Suite 7000 |
| Pittsburgh, PA 15222 | Houston, Texas 77002 |
| Telephone: (412) 288-7102 | Telephone: (713) 485-7304 |
| Facsimile: (412) 288-3063 | Facsimile: (713) 485-7344 |
| *Counsel to iGate Mastech, Inc.* | *Counsel to Liquidating Trustee* |

US_ACTIVE-103994405.3

**IT IS SO ORDERED.**

Dated: _____, 2010      _____
                                    UNITED STATES BANKRUPTCY JUDGE