REED SMITH LLP
Debra Turetsky, Esq.
599 Lexington Avenue, 22nd Floor
New York, NY 10022
Telephone: (212) 521-5400
Facsimile: (212) 521-5450
Email: dturetsky@reedsmith.com

-and-

Gregory L. Taddonio, Esq.
Luke A. Sizemore, Esq.
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: (412) 288-7102
Facsimile: (412) 288-3063
Email: gtaddonio@reedsmith.com

Counsel for Mastech, Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: | |
| BEARINGPOINT, INC. et al., | Case No. 09-10691 (REG) |
| | (Jointly Administered) |
| Debtors. | Chapter 11 |
| | Honorable Robert E. Gerber |
| JOHN DeGROOTE SERVICES, LLC, | |
| | Adv. Proc. No. 10-03271 |
| Plaintiff, | |
| vs. | |
| iGATE MASTECH, INC., | |
| Defendant. | |

**RULE 7007.1 CORPORATE DISCLOSURE STATEMENT OF MASTECH, INC.**

Mastech, Inc. ("Mastech"), by and through its undersigned counsel, hereby submits this corporate ownership statement pursuant to Federal Rule of Bankruptcy Procedure 7007.1(a), and states as follows:

Mastech does not have a parent corporation and no publicly held corporation owns 10% or more of its stock.

A supplemental disclosure statement will be filed upon any change in the information provided herein.

Dated: July 30, 2010
      New York, New York

Respectfully submitted,

REED SMITH LLP

By:   /s/ Debra Turetsky
Debra Turetsky, Esq.
599 Lexington Avenue, 22nd Floor
New York, NY 10022
Telephone: (212) 521-5400
Facsimile: (212) 521-5450
Email: dturetsky@reedsmith.com

-and-

Gregory L. Taddonio, Esq.
Luke A. Sizemore, Esq.
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: (412) 288-7102
Facsimile: (412) 288-3063
Email: gtaddonio@reedsmith.com

Counsel to iGate Mastech, Inc.

REED SMITH LLP
Debra Turetsky, Esq.
599 Lexington Avenue, 22nd Floor
New York, NY 10022
Telephone: (212) 521-5400
Facsimile: (212) 521-5450
Email: dturetsky@reedsmith.com

-and-

Gregory L. Taddonio, Esq.
Luke A. Sizemore, Esq.
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: (412) 288-7102
Facsimile: (412) 288-3063
Email: gtaddonio@reedsmith.com

Counsel for Mastech, Inc.

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: | : |
| | : |
| BEARINGPOINT, INC. et al., | : Case No. 09-10691 (REG) |
| | : (Jointly Administered) |
| | : |
| Debtors. | : Chapter 11 |
| | : |
| | : Honorable Robert E. Gerber |
| JOHN DeGROOTE SERVICES, LLC, | : |
| | : Adv. Proc. No. 10-03271 |
| Plaintiff, | : |
| | : |
| vs. | : |
| | : |
| iGATE MASTECH, INC., | : |
| | : |
| Defendant. | : |

# CERTIFICATE OF SERVICE

I, Debra Turetsky, Esquire, do hereby certify that, on July 30, 2010, I caused a true and correct copy of the *Rule 7007.1 Corporate Disclosure Statement of Mastech, Inc.* to be served upon the following counsel via U.S. Mail, postage prepaid:

| | |
|---|---|
| Peter S. Goodman, Esq. | Basil A. Umari, Esq. |
| MCKOOL SMITH P.C. | Nicholas Zugaro, Esq. |
| One Bryant Park, 47th Floor | MCKOOL SMITH P.C. |
| New York, NY 10036 | 600 Travis, Suite 7000 |
| | Houston, TX 77002 |

By: /s/ Debra Turetsky