REED SMITH LLP
Debra Turetsky, Esq.
599 Lexington Avenue, 22nd Floor
New York, NY 10022
Telephone: (212) 521-5400
Facsimile: (212) 521-5450
Email: dturetsky@reedsmith.com

-and-

Gregory L. Taddonio, Esq.
Luke A. Sizemore, Esq.
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: (412) 288-7102
Facsimile: (412) 288-3063
Email: gtaddonio@reedsmith.com

Counsel for Mastech, Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: | |
| BEARINGPOINT, INC. et al., | Case No. 09-10691 (REG) |
| | (Jointly Administered) |
| Debtors. | Chapter 11 |
| | Honorable Robert E. Gerber |
| JOHN DeGROOTE SERVICES, LLC, | |
| | Adv. Proc. No. 10-03271 |
| Plaintiff, | |
| vs. | |
| iGATE MASTECH, INC., | |
| Defendant. | |

**AMENDED RULE 7007.1 CORPORATE DISCLOSURE STATEMENT**
**OF MASTECH, INC.**

Mastech, Inc. ("Mastech"), by and through its undersigned counsel, hereby submits this amended corporate ownership statement pursuant to Federal Rule of Bankruptcy Procedure 7007.1(a), and states as follows:

Mastech is a wholly-owned subsidiary of Mastech Holdings, Inc. ("Holdings"), a publicly traded entity. There are currently no publicly-held corporations that own 10% or more of the stock of Holdings.

A supplemental disclosure statement will be filed upon any change in the information provided herein.

Dated: August 3, 2010
      New York, New York

Respectfully submitted,

REED SMITH LLP

By:   /s/ Debra Turetsky
Debra Turetsky, Esq.
599 Lexington Avenue, 22nd Floor
New York, NY 10022
Telephone: (212) 521-5400
Facsimile: (212) 521-5450
Email: dturetsky@reedsmith.com

-and-

Gregory L. Taddonio, Esq.
Luke A. Sizemore, Esq.
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: (412) 288-7102
Facsimile: (412) 288-3063
Email: gtaddonio@reedsmith.com

Counsel to Mastech, Inc.

REED SMITH LLP
Debra Turetsky, Esq.
599 Lexington Avenue, 22nd Floor
New York, NY 10022
Telephone: (212) 521-5400
Facsimile: (212) 521-5450
Email: dturetsky@reedsmith.com

-and-

Gregory L. Taddonio, Esq.
Luke A. Sizemore, Esq.
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: (412) 288-7102
Facsimile: (412) 288-3063
Email: gtaddonio@reedsmith.com

Counsel for Mastech, Inc.

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: | |
| BEARINGPOINT, INC. et al., | Case No. 09-10691 (REG) |
| | (Jointly Administered) |
| Debtors. | Chapter 11 |
| | Honorable Robert E. Gerber |
| JOHN DeGROOTE SERVICES, LLC, | |
| | Adv. Proc. No. 10-03271 |
| Plaintiff, | |
| vs. | |
| iGATE MASTECH, INC., | |
| Defendant. | |

# CERTIFICATE OF SERVICE

I, Debra Turetsky, Esquire, do hereby certify that, on August 3, 2010, I caused a true and correct copy of the *Rule 7007.1 Corporate Disclosure Statement of Mastech, Inc.* to be served upon the following counsel via U.S. Mail, postage prepaid:

| | |
|---|---|
| Peter S. Goodman, Esq.<br>MCKOOL SMITH P.C.<br>One Bryant Park, 47th Floor<br>New York, NY 10036 | Basil A. Umari, Esq.<br>Nicholas Zugaro, Esq.<br>MCKOOL SMITH P.C.<br>600 Travis, Suite 7000<br>Houston, TX 77002 |

                                                  By: /s/ Debra Turetsky

- 4 -

US_ACTIVE-103992696.1