REED SMITH LLP
Debra Turetsky, Esq.
599 Lexington Avenue, 22nd Floor
New York, NY 10022
Telephone: (212) 521-5400
Facsimile: (212) 521-5450

-and-

Gregory L. Taddonio, Esq.
Luke A. Sizemore, Esq.
225 Fifth Avenue, Suite 1200
Pittsburgh, PA 15222
Telephone: (412) 288-7102
Facsimile: (412) 288-3063

*Counsel to Mastech, Inc.*

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: : | |
| : | Chapter 11 |
| BEARINGPOINT, INC. *et al.*, : | |
| : | Case No. 09-10691 (REG) |
| Debtors. : | (Jointly Administered) |
| : | |
| JOHN DeGROOTE SERVICES, LLC, : | |
| : | |
| Plaintiff, : | |
| : | Adv. Proc. No. 10-03271 |
| vs. : | |
| : | |
| iGATE MASTECH, INC., : | |
| : | |
| Defendant. : | |

## MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, Gregory L. Taddonio, a member in good standing of the bar in the States of Ohio and

Pennsylvania and the bar for the U.S. District Court for the Western District of Pennsylvania, the

Middle District of Pennsylvania, the Northern District of Ohio, the Southern District of Ohio,

and the Northern District of Illinois, request admission before this Court *pro hac vice***,** to represent Mastech, Inc., the defendant in the above-referenced adversary proceeding. For the purposes of this proceeding, my contact information is as follows:

    Mailing address: 225 Fifth Ave., Pittsburgh, PA 15222;

    E-mail address: gtaddonio@reedsmith.com;

    Telephone number (412) 288-7102.

The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.

Dated: August 24, 2010

Respectfully submitted,

REED SMITH LLP

By:   */s/ Gregory L. Taddonio*
Debra Turetsky, Esq.
599 Lexington Avenue, 22nd Floor
New York, NY 10022
Telephone: (212) 521-5400
Facsimile: (212) 521-5450

-and-

Gregory L. Taddonio, Esq.
Luke A. Sizemore, Esq.
225 Fifth Avenue, Suite 1200
Pittsburgh, PA 15222
Telephone: (412) 288-7102
Facsimile: (412) 288-3063

*Counsel to Mastech, Inc.*

REED SMITH LLP
Debra Turetsky, Esq.
599 Lexington Avenue, 22nd Floor
New York, NY 10022
Telephone: (212) 521-5400
Facsimile: (212) 521-5450

-and-

Gregory L. Taddonio, Esq.
Luke A. Sizemore, Esq.
225 Fifth Avenue, Suite 1200
Pittsburgh, PA 15222
Telephone: (412) 288-7102
Facsimile: (412) 288-3063

*Counsel to Mastech, Inc.*

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: : | |
| : | Chapter 11 |
| BEARINGPOINT, INC. et al., : | |
| : | Case No. 09-10691 (REG) |
| Debtors. : | (Jointly Administered) |
| : | |
| : | |
| JOHN DeGROOTE SERVICES, LLC, : | |
| Plaintiff, : | |
| : | Adv. Proc. No. 10-03271 |
| vs. : | |
| : | |
| iGATE MASTECH, INC., : | |
| Defendant. : | |

## CERTIFICATE OF SERVICE

I, Gregory L. Taddonio, Esquire, hereby certify that on August 24, 2010, I caused a true

and correct copy of the *Motion for Admission to Practice, Pro Hac Vice* be served on the

following counsel of record via U.S. First Class Mail, postage prepaid:

US_ACTIVE-104324676.1

| Basil A. Umari, Esq. | Peter S. Goodman, Esq. |
| Nicholas Zugaro, Esq. | McKool Smith P.C. |
| McKool Smith P.C. | One Bryant Park, 47th Floor |
| 600 Travis Street, Suite 7000 | New York, New York 10036 |
| Houston, Texas 77002 | |

Dated: August 24, 2010    By:    */s/ Gregory L. Taddonio*
                                                                    Gregory L. Taddonio, Esq.

- 4 -

US_ACTIVE-104324676.1

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____
IN RE:                                            :
                                                  :   Chapter 11
BEARINGPOINT, INC. *et al.*,                      :
                                                  :   Case No. 09-10691 (REG)
                    Debtors.                      :   (Jointly Administered)
_____            :
                                                  :
JOHN DeGROOTE SERVICES, LLC,                      :
                                                  :
                    Plaintiff,                    :
                                                  :   Adv. Proc. No. 10-03271
        vs.                                       :
                                                  :
iGATE MASTECH, INC.,                              :
                                                  :
                    Defendant.                    :
_____:

**ORDER GRANTING ADMISSION TO PRACTICE,** *Pro Hac Vice*

Upon the motion of Gregory L. Taddonio, a member in good standing of the bar in the States of Ohio and Pennsylvania and the bar for the U.S. District Court for the Western District of Pennsylvania, the Middle District of Pennsylvania, the Northern District of Ohio, the Southern District of Ohio, and the Northern District of Illinois, having requested admission, ***pro hac vice***, to represent Mastech, Inc., a defendant in the above-referenced adversary proceeding, it is

**ORDERED,** that Gregory L. Taddonio, Esq., is admitted to practice, ***pro hac vice***, in the above referenced adversary proceeding, in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated:_____
_____, New York

_____
UNITED STATES BANKRUPTCY JUDGE

US_ACTIVE-104324676.1